


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POOH BAH ENTERPRISES, INC. an Illinois corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, an Illinois municipal corporation, *et al.*, <br><br> Defendants. <br> _____ <br> CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> POOH BAH ENTERPRISES, INC., an Illinois corporation, <br><br> Counter-Defendant. | No. 96 C 4642 <br><br> John A. Nordberg <br> District Judge |

FILED-ED4 99 JUL -2 PM 3:36 CLERK U.S. DISTRICT COURT

DOCKETED JUL 0 6 1999

### THE CITY OF CHICAGO'S MOTION TO VOLUNTARILY DISMISS COUNTERCLAIM

Defendant and Counter-Plaintiff CITY OF CHICAGO ("the City"), by its attorney Brian L. Crowe, Corporation Counsel for the City of Chicago, pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, moves the Court to enter an Order voluntarily dismissing the Counter-Plaintiff City of Chicago's Verified Counterclaim for Equitable and Other Relief. In support of this motion, the City states as follows.

1.  This case concerns a "strip club" known as "Crazy Horse Too" serving alcoholic beverages at 1531 North Kingsbury, Chicago, Illinois, in violation of the City of




Chicago's Public Nuisance Ordinance, Chicago Municipal Code, Title 8, and the City's Liquor License Ordinance, Chicago Municipal Code, Title 4. Crazy Horse Too allows its female performers to engage in live acts, dances or exhibitions which expose to public view the female performers' breasts at or below the areolae, buttocks, and portions of the pubic hair region and genitalia in violation of the City's Public Nuisance Ordinance and Liquor License Ordinance. The City filed its Verified Counter-Claim for Equitable and Other Relief ("Counterclaim") to enjoin the illegal activities at the Crazy Horse Too. Crazy Horse Too's owner, Pooh Bah Enterprises, Inc., seeks to enjoin the City from enforcing its ordinances against Pooh Bah claiming that the City's ordinances violate various provisions of the federal and state constitutions.

2. On March 22, 1999, the Court entered an Order, over the Defendants' objections, granting Plaintiffs' motion to remand to the Circuit Court of Cook County the eight state law claims in Counts I through VII and Count X of Plaintiffs' Third Amended Complaint for Declaratory Judgment, Injunction and Administrative Review ("Plaintiffs' Complaint") and staying the two federal claims in Counts VIII and IX of Plaintiffs' Complaint.

3. There is also pending before the Court the City's Counterclaim which contains three state law claims. Plaintiffs have not moved to remand the City's Counterclaim. Now that the Court has remanded the eight state claims in plaintiffs' Complaint, there is no reason for the City to prosecute its Counterclaim in this Court.

WHEREFORE, the Defendant and Counter-Plaintiff CITY OF CHICAGO prays for entry of an order voluntarily dismissing the City of Chicago's Verified Counterclaim for Equitable and Other Relief.

Respectfully submitted,

Brian L. Crowe
Corporation Counsel for the City of Chicago

By: _____

ANDREW S. MINE
Senior Litigation Counsel
PATRICIA M. MOSER
SCOTT A. FREY
Assistants Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
312/744-7686
Attorney No. 06185825




## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| POOH BAH ENTERPRISES, INC. an Illinois corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, an Illinois municipal corporation, *et al.*, <br><br> Defendants. <br><br>――――――――――――――――― <br><br> CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> POOH BAH ENTERPRISES, INC., an Illinois corporation, <br><br> Counter-Defendant. | No. 96 C 4642 <br><br> John A. Nordberg <br> District Judge |

### NOTICE OF FILING

To:    Robert J. Weber                 David A. Epstein
       Law Offices of Robert J. Weber     David A. Epstein, Ltd.
       30 North LaSalle Street            30 North LaSalle Street
       Suite 3000                            Suite 3400
       Chicago, Illinois 60602            Chicago, Illinois 60606

     PLEASE TAKE NOTICE that on July 2, 1999, I filed with the Clerk of the of the United States District Court, 219 South Dearborn Street, Chicago, Illinois the attached Motion to Voluntarily Dismiss Counterclaim.

Brian L. Crowe
Corporation Counsel of the City of Chicago

By: /s/ _____
Assistant Corporation Counsel

ANDREW S. MINE
Senior Litigation Counsel
PATRICIA M. MOSER
SCOTT A. FREY
Assistants Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
312/ 744-7686
Attorney No. 06185825

## CERTIFICATE OF SERVICE

I, Patricia M. Moser, Assistant Corporation Counsel, certify that I served a copy of the forgoing Notice of Filing and the Motion to Dismiss Counterclaim referred to therein by messenger delivery upon:

Robert J. Weber
Law Offices of Robert J. Weber
30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602

David A. Epstein
David A. Epstein, Ltd.
30 North LaSalle Street
Suite 3400
Chicago, Illinois 60606

on July 2, 1999.

/s/ _____