**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED JUL 16 1999
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED JUL 19 1999

FILED JUL 16 1999
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of
Pooh Bah Enterprises, Inc., et al,
   Plaintiffs,
v.
City of Chicago, et al.,
   Defendants.

Case Number: 96 C 4642

NOR DLC

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
City of Chicago, an Illinois Municipal Corporation, Richard M. Daley, Mayor of the City of Chicago, Winston Mardis, Director of the Mayor's License Commission; The License Appeal Commission; William D. O'Donaghue, Chairman; Albert D. McCoy and Irving J. Koppel, Commissioners.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Patricia M. Moser | NAME: Scott A. Frey |
| FIRM: City of Chicago, Dept. of Law | FIRM: City of Chicago, Dept. of Law |
| STREET ADDRESS: 30 N. LaSalle Street, Ste. 900 | STREET ADDRESS: 30 N. LaSalle Street, Ste. 900 |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: (312) 744-7686 | TELEPHONE NUMBER: (312) 744-0307 |
| IDENTIFICATION NUMBER: 06185825 | IDENTIFICATION NUMBER: 06229276 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☒ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Andrew S. Mine | NAME: Brian L. Crowe |
| FIRM: City of Chicago, Dept. of Law | FIRM: Corporation Counsel, City of Chicago |
| STREET ADDRESS: 30 N. LaSalle St., Suite 900 | STREET ADDRESS: 511 City Hall |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: (312) 744-7220 | TELEPHONE NUMBER: (312) 744-0220 |
| IDENTIFICATION NUMBER: 06206336 | IDENTIFICATION NUMBER: 00549584 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.